## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION – CINCINNATI

SHEREETA S. MANTON,            :      Case No. 1:25-cv-915
                               :
              Plaintiff,       :      Judge Matthew W. McFarland
                               :
        v.                     :
                               :
ODELL SCALES, JR.,             :
                               :
              Defendant.       :

---

### ORDER ADOPTING REPORT AND RECOMMENDATION (Doc. 5)

---

The Court has thoroughly reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz (Doc. 5), to whom this case is referred. No objections have been filed and the time for filing such objections under Fed. R. Civ. P. 72(b) has expired. The record indicates that the Report and Recommendation was mailed to Plaintiff, but it was returned as undeliverable. (*See* Mail Returned, Doc. 7.) Plaintiffs bear the responsibility of keeping the courts advised of their current address. *See Barber v. Runyon*, No. 93-6318, 1994 WL 163765, at *1 (6th Cir. May 2, 1994); *Banks v. Warden, Franklin Med. Ctr.*, No. 2:11-CV-1117, 2014 WL 116876, at *1 (S.D. Ohio Jan. 10, 2014).

Upon review, the Court hereby **ADOPTS** the Report and Recommendation (Doc. 5) with the following modifications and **ORDERS** that:

1. The Complaint is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction and pursuant to 28 U.S.C. § 1915(e)(2)(B); and

2. The Court **CERTIFIES** pursuant to 28 U.S.C. § 1915(a) that an appeal of this

Order would not be taken in good faith for the reasons explained in the Report and Recommendation (Doc. 5) and therefore **DENIES** Plaintiff leave to appeal in forma pauperis. Plaintiff remains free to apply to proceed in forma pauperis in the Court of Appeals. *See Callihan v. Schneider*, 178 F.3d 800, 803 (6th Cir. 1999).

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: _____

JUDGE MATTHEW W. McFARLAND

2